# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Cleother Tidwell**

      vs.                                                             Case Number:   **09-1327**

**Pontiac Correctional Center, et al.**

## ORDER

     Pursuant to the **2/1/10** mandate, in appellate case number **09-4101**, from the United States Court of Appeals, Seventh Circuit **[18]**, the agency having custody of the plaintiff, **Cleother Tidwell,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available.  If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 1st day of February, 2010

                                                          ___s/Harold S. Baker__
                                                          HAROLD A. BAKER
                                                          U.S. District Judge